IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN AHRENS** **PLAINTIFF**

**v.** **No. 2:24-cv-70-DPM**

**ERIC HESSLER; and BENNETT MOTOR EXPRESS, LLC** **DEFENDANTS**

# JUDGMENT

Ahrens's complaint is dismissed with prejudice. The Court retains jurisdiction until 24 October 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

24 August 2026